# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ITS NATIONAL, LLC., a Delaware limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>INFINITY CARGO CORP.,<br><br>                Defendants. | **CASE NO. 3:23-cv-00389-LRH-BNW**<br><br>**ORDER GRANTING AMENDED JOINT REQUEST TO EXTEND TIME FOR FILING OF PROSPECTIVE INTERVENOR, MATHEW TRANSPORT LLC D/B/A ZOEVA LOGISTICS' MOTION TO INTERVENE AND REQUEST FOR SUPPLEMENTAL BRIEFING AND ORDER APPROVING THE SAME** |
| INFINITY CARGO CORP.,<br><br>                Counterclaimant,<br><br>v.<br><br>ITS NATIONAL, LLC,<br><br>                Counterdefendant. | |

IT IS HEREBY JOINTLY REQUESTED, by and between Plaintiff / Counterdefendant, ITS NATIONAL, LLC ("ITS"), by and through its counsel, Michael A. Burke, Esq. of the law firm of Robison Sharp, Sullivan & Brust, and Defendant / Counterclaimant, INFINITY CARGO CORP. ("INFINITY") and Prospective Intervenor, MATHEW TRANSPORT LLC D/B/A ZOEVA

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
LAS VEGAS

45687146.1/062775.0001

1

LOGISTICS ("ZOEVA"), by and through their counsel, Richard I. Dreitzer, Esq. of the law firm of Fennemore Craig, P.C., as follows:

1. On April 3, 2024, this Court entered its Minute Order (ECF No. 64) which ordered that "…ZOEVA'S Motion to Intervene (ECF No. 25) will be administratively activated and considered by the Corut upon the request of ZOEVA through Nevada counsel.  Such request shall be filed within twenty (20) days from the filing of this order…" (ECF No. 64, Pg. 2).  Hence, the deadline for this filing was April 23, 2024.

2. On April 4, 2024, INFINITY'S and ZOEVA'S counsel, Richard Dreitzer, Esq. ("Dreitzer") unexpectedly suffered the loss of his mother.  Because of the personal upheaval surrounding this event, the deadline for this filing was inadvertently missed.  Dreitzer respectfully apologizes for this oversight and has asked ITS' counsel, Michael Burke, Esq. ("Burke") to participate in the instant joint request to extend this filing date for an additional seven (7) days.  On behalf of ITS, Burke has graciously agreed to do so.

3. For the reasons stated above, all parties now respectfully request that the deadline for ZOEVA'S Motion to Intervene (ECF No. 25) be extended to April 30, 2024.

4. The parties further request that, pursuant to LR 7-2(b), upon the filing of ZOEVA's expected Motion to Intervene, ITS shall have leave to file a supplement to its Opposition thereto within fourteen (14) days of same, and that ZOEVA shall then have a period of seven (7) days for the filing of a supplement to its Reply, thereafter.

DATED this _____ day of April, 2024

FENNEMORE CRAIG, P.C.

By: /s/
Richard I. Dreitzer, Esq. (SBN 6626)
9275 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fennemorelaw.com

*Attorneys for Defendant / Counterclaimant INFINITY CARGO*

DATED this _____ day of April, 2024

ROBISON SHARP SULLIVAN & BRUST

By: /s/
Michael A. Burke, Esq. (SBN 11527)
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Email: mburke@rssblaw.com

*Attorneys for Plaintiff / Counterdefendant ITS NATIONAL, LLC*

*CORP. and Prospective Intervenor*
*MATHEW TRANSPORT LLC D/B/A*
*ZOEVA LOGISTICS*

## ORDER

IT IS SO ORDERED this 26th day of April, 2024.

_____
LARRY R. HICKS
UNITED STATED DISTRICT JUDGE