**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq. (Nevada Bar No. 6626)
Luis E. Montanez, Esq. (Nevada Bar No. 16281)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8026
Facsimile: (702) 692-8075
Email: rdreitzer@fennemorelaw.com
Email: lmontanez@fennemorelaw.com

*Attorneys for Defendant,*
*INFINITY CARGO CORP.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ITS NATIONAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INFINITY CARGO CORP.,<br><br>    Defendants.<br><br>―――――――――――<br><br>INFINITY CARGO CORP.,<br><br>    Counterclaimant,<br><br>v.<br><br>ITS NATIONAL, LLC,<br><br>    Counterdefendant. | **CASE NO.**: **3:23-cv-00389-MMD-BNW**<br><br>**ORDER GRANTING JOINT STATUS REPORT AND STIPULATION AND ORDER TO CONTINUE THE STAY**<br><br>**(SECOND REQUEST)** |

  COME NOW, Plaintiff/Counterdefendant ITS NATIONAL, LLC, and Defendant/Counterclaimant INFINITY CARGO CORP. (collectively, the "Parties"), and hereby submit the following Joint Status Report and Stipulation and Order for the Court's review:

  1.  The undersigned counsels report to this Court that the Parties engaged in the disclosure and review of thousands of invoices in an ongoing effort to settle this matter.

  2.  The disclosure of thousands of invoices during settlement discussions has necessitated an extensive audit review process which is now complete. As a result of the audit's

1  conclusion, the Parties have been in ongoing settlement discussions; however, provided the breadth of documentation and issues presented, the Parties have been unable to arrive at a compromise to-date.

3. Provided the foregoing and the ongoing settlement discussions, the Parties believe that in the interest of both judicial economy and the Parties' time and resources, an extension of the stay for an additional sixty (60) days would best serve all interest involved.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
LAS VEGAS

50591245.1/069540.0001

4. Therefore, the Parties request that this Court continue the stay in place and schedule a status check at the end of the sixty (60) day period to determine whether settlement has or will be obtained and/or whether the stay will be lifted and the discovery deadlines reset.

**IT IS SO STIPULATED**.

DATED this 13th day of November, 2024.   DATED this 13th day of November, 2024.

**FENNEMORE CRAIG, P.C.**   **ROBINSON SHARP SULLIVAN & BRUST**

By: */s/ Luis Montanez*
  Richard I. Dreitzer, Esq.
  Luis E. Montanez, Esq.
  9275 W. Russell Rd., Suite 240
  Las Vegas, NV 89148
  *Attorneys for Infinity Cargo Corp.*

By: */s/ Michael Burke*
  Michael A. Burke, Esq.
  71 Washington Street
  Reno, Nevada 89503
  *Attorney for ITS National, LLC*

## ORDER

UPON STIPULATION of the parties and with good cause appearing therefor, **IT IS HEREBY ORDERED** that the stay will continue another sixty (60) days pending settlement negotiations.

**IT IS HEREBY FURTHER ORDERED** that the Parties appear before this Court on the **23rd** day of **January**, 2025 at **9:00 a.m.** for a Status Conference to discuss the status of settlement discussions and the lifting of the stay.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE    DATED: November 14, 2024