**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq. (Nevada Bar No. 6626)
Luis E. Montanez, Esq. (Nevada Bar No. 16281)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8026
Facsimile: (702) 692-8075
Email: rdreitzer@fennemorelaw.com
Email: lmontanez@fennemorelaw.com

*Attorneys for Defendant,*
*INFINITY CARGO CORP.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ITS NATIONAL, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INFINITY CARGO CORP.,<br><br>　　　　Defendants.<br><br>INFINITY CARGO CORP.,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>ITS NATIONAL, LLC,<br><br>　　　　Counterdefendant. | **CASE NO.: 3:23-cv-00389-MMD-BNW**<br><br>**ORDER GRANTING SUPPLEMENTAL JOINT STATUS REPORT AND STIPULATION AND ORDER TO CONTINUE THE STAY**<br><br>**(THIRD REQUEST)** |

COME NOW, Plaintiff/Counterdefendant ITS NATIONAL, LLC, and Defendant/Counterclaimant INFINITY CARGO CORP. (collectively, the "Parties"), and hereby submit the following Supplemental Joint Status Report and Stipulation and Order for the Court's review, pursuant to the Court's order of January 17, 2025 (ECF No. 83).

　　　　1.　　Previous status reports to the Court have conveyed that the undersigned counsels and their respective Parties have been engaged in the disclosure and review of thousands of invoices in a continuing effort to settle this matter, and that an extensive audit review process of

this material had been conducted.

2. Since the last Joint Status Report submitted by the Parties, settlement discussions have continued, with the parties requesting and seeking supplemental information from each other. Despite the Parties' best efforts, they remain unable to arrive at a compromise, to-date.

3. In light of the foregoing, at this time, the Parties now agree and jointly request that the Court extend the previously-granted stay in this matter *one additional time* - through and including February 28, 2025.

4. The Parties further agree that, by the end of the currently-sought extension (i.e., as of March 1, 2025), one (1) of two (2) outcomes will be communicated to the Court (i.e., either the Parties will file a Notice of Tentative Settlement, or the Parties will file a Notice of Termination of Stay to return this matter to litigation).

5. The Parties further agree that if this matter is not settled by the requested date and the matter returned to litigation, the parties will convene a conference pursuant to LR 26-1 to exchange documents and witnesses within seven (7) days, once a Notice of Termination of Stay is filed with the Court.

6. Lastly, the Parties respectfully request that the status check set for January 23, 2025 be vacated.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  7. Therefore, the Parties request that this Court continue the stay in place through February 28, 2025, under the conditions prayed for, herein.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this 21st day of January, 2025. | DATED this 21st day of January, 2025. |
| **FENNEMORE CRAIG, P.C.** | **ROBINSON SHARP SULLIVAN & BRUST** |
| By: */s/ Richard Dreitzer*<br>Richard I. Dreitzer, Esq.<br>Luis E. Montanez, Esq.<br>9275 W. Russell Rd., Suite 240<br>Las Vegas, NV 89148<br>*Attorneys for Infinity Cargo Corp.* | By: */s/ Michael Burke*<br>Michael A. Burke, Esq.<br>71 Washington Street<br>Reno, Nevada 89503<br>*Attorney for ITS National, LLC* |

**ORDER**

UPON STIPULATION of the parties and with good cause appearing therefor, **IT IS HEREBY ORDERED** that the stay will continue through and including February 28, 2025.

**IT IS ALSO HEREBY ORDERED** that as of March 1, 2025), one (1) of two (2) outcomes will be communicated to the Court -- either the Parties will file a Notice of Tentative Settlement, or the Parties will file a Notice of Termination of Stay to return this matter to litigation).

**IT IS ALSO HEREBY ORDERED** if this matter is not settled by the requested date and returned to litigation, the parties will convene a conference pursuant to LR 26-1 to exchange documents and witnesses within seven (7) days, once a Notice of Termination of Stay is filed with the Court.

**IT IS ALSO HEREBY ORDERED** that the status check set for January 23, 2025 at 9:00 a.m. be vacated at this time.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 21, 2025