1

2  **FENNEMORE CRAIG, P.C.**
   Richard I. Dreitzer, Esq. (NV Bar # 6626)
3  9275 W. Russell Road, Suite 240
   Las Vegas, NV 89148
4  Telephone:  (702) 692-8026
   Facsimile:   (702) 692-8075
5  Email:  rdreitzer@fennemorelaw.com

6  **FENNEMORE CRAIG, P.C.**
   Micheline Nadeau Fairbank, Esq. (NV Bar # 8062)
7  7800 Rancharrah Parkway
   Reno, Nevada 89511
8  Telephone: (775) 788-2200
   Facsimile:  (775) 788-2206
9  Email: mfairbank@fennemorelaw.com

10 *Attorneys for Defendant,*
   *INFINITY CARGO CORP.*

11                          **UNITED STATES DISTRICT COURT**

12                                **DISTRICT OF NEVADA**

13

| ITS NATIONAL, LLC, | **CASE NO**.: **3:23-cv-00389-LRH-BNW** |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF ITS NATIONAL, LLC'S MOTION FOR SANCTIONS AGAINST DEFENDANT INFINITY CARGO CORP.** |
| INFINITY CARGO CORP., | |
| Defendants. | |
|  | **(FIRST REQUEST)** |
| INFINITY CARGO CORP., | |
| Counterclaimant, | |
| v. | |
| ITS NATIONAL, LLC, | |
| Counterdefendant. | |

Plaintiff/Counterdefendant ITS NATIONAL, LLC ("Plaintiff" or "ITS"), and Defendant/Counterclaimant INFINITY CARGO CORP. ("Defendant" or "Infinity" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendant to respond to Plaintiff's Motion for Sanctions

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
LAS VEGAS

1

60298332.2

Against Defendant Infinity Cargo Corp. (hereafter "Motion") filed on August 15, 2025 pursuant to Local rule (LR) 6-1 with the Court's approval. Defendant's response is due August 29, 2025.

This is Defendant's first request.

This request is based upon the following:

1) This is Defendant's first request for an extension of time.
2) This request is made in good faith, not for the purpose of delay, and good cause exists for this extension of time.
3) Defendant's primary counsel, Richard I. Dreitzer, Esq. is currently out of the office on medical leave and his return is unknown. Sean E. Story, Esq. is no longer with Fennemore Craig, P.C. and Micheline Nadeau Fairbank, Esq. just recently associated into this matter.
4) Defendant requests this extension, and Plaintiff has agreed to this request.

Therefore, the Parties hereby STIPULATE AND AGREE that the deadline to file Defendant's response to Plaintiff's Motion shall be extended to September 12, 2025, and Plaintiff's Reply shall be extended to September 19, 2025.

DATED this 26th day of August, 2025.

**FENNEMORE CRAIG, P.C.**

By:  */s/ Micheline Nadeau Fairbank*
    Richard I. Dreitzer, Esq.
    9275 W. Russell Rd., Suite 240
    Las Vegas, NV 89148

    Micheline Nadeau Fairbank, Esq.
    7800 Rancharrah Parkway
    Reno, NV 89511
    *Attorneys for Infinity Cargo Corp.*

DATED this 26th day of August, 2025.

**ROBINSON SHARP SULLIVAN & BRUST**

By:  */s/ Michael Burke*
    Michael A. Burke, Esq.
    71 Washington Street
    Reno, Nevada 89503
    *Attorney for ITS National, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2025