UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ITS NATIONAL, LLC,

Plaintiff,

v.

INFINITY CARGO CORP,

Defendant.

Case No. 3:23-cv-00389-MMD-BNW

ORDER

Plaintiff ITS National, LLC sued Defendant Infinity Cargo Corp. seeking the release of cargo containers allegedly belonging to ITS or its customers. (ECF No. 1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda N. Weksler, recommending counterclaims against Plaintiff be dismissed without prejudice. (ECF No. 124.) Objections to the R&R were due by February 9, 2026. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Weksler recommends dismissing the counterclaims against Plaintiff without prejudice due to Defendant's repeated failure to comply with the Court's orders to obtain counsel. (ECF No. 124 at 3-4.) The Court agrees with Judge Weksler and will adopt the R&R in full.

Moreover, in the R&R, Judge Weksler ordered Plaintiff to file a status report indicating whether its claims against Infinity have been settled and whether this case can be closed. (ECF No. 124 at 4.) On January 27, 2026, Plaintiff filed a status report

indicating that its cargo has been returned and that it is "willing to forgo any remaining claims" "in exchange for a complete dismissal of this case." (ECF No. 125 at 1.) The Court will accept Plaintiff's stipulation.

It is therefore ordered that Judge Weksler's Report and Recommendation (ECF No. 124) is accepted and adopted in full.

It is further ordered that Defendant's counterclaims against Plaintiff are dismissed without prejudice.

It is further ordered that, based on Plaintiff's status report (ECF No. 125), Plaintiff's remaining claims against Defendant are dismissed without prejudice.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 20th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE